# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00109-CV

**C. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-003846, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on February 20, 2020. To date, the reporter's record has not been filed.

Any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Jamie K. Foley is hereby ordered to file the reporter's record in this case on or before March 12, 2020. If the record is not filed by that date, Foley may be required to show cause why she should not be held in contempt of court.

It is ordered on March 5, 2020.

Before Chief Justice Rose, Justices Baker and Triana